AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

### APPEARANCE

Case Number: 1:08-MJ-80 A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Kervon Bowie

I certify that I am admitted to practice in this court.

5-15-08
Date

[signature]
Signature

Edward C Roy, Jr.
Print Name | Bar Number

10 Weybosset Street, Suite 300
Address

Providence | RI | 02903
City | State | Zip Code

(401) 528-4281 | (401) 528-4285
Phone Number | Fax Number