AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF Rhode Island

UNITED STATES OF AMERICA

V.

Kevron D. Bowie

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number:

I, Kevron D. Bowie, charged in a (complaint) (petition) pending in this District with possession of cocaine with intent to distribute, possession of a firearm after conviction of a crime of violence in violation of Title 18 21, U.S.C., 922(g), 841 (a)(1),

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Kevron Bowie
*Defendant*

5/14/08
*Date*

[signature]
*Counsel for Defendant*