IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 1:08-M-0080A |
| | ) | |
| KEVRON D. BOWIE | ) | |

ORDER

The United States having moved this Court for an Order excluding the period of June 14, 2008 through August 22, 2008 from the thirty-day period within which an indictment or information must be filed against the defendant pursuant to 18 U.S.C. § 3161(b), and upon consideration thereof;

IT IS THE FINDING OF THIS COURT that the ends of justice served by excluding the afore-mentioned time period outweigh the interest of the public and the defendant in a speedy indictment and trial, for the following reasons:

1. Plea negotiations between counsel have resulted in an oral agreement to dispose of the matter pre-indictment. Counsel for the government needs additional time to draft a proposed information and plea agreement and to have the proposed disposition approved within his office. Counsel for the defendant would need additional time to review the documents and discuss them with his client.

2. The filing of a plea agreement would likely result in a prompt resolution of the matter thereby eliminating the need for

further pre-trial and trial proceedings, and thereby conserving judicial resources.

WHEREFORE, it is on this day ORDERED

That the period of June 14, 2008 through August 22, 2008 be excluded from the thirty-day period within which an indictment or information must be filed against the defendant pursuant to 18 U.S.C. § 3161(b).

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF RHODE ISLAND
June 9, 2008