IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 1:08-M-0080A |
| | ) | |
| KEVRON D. BOWIE | ) | |

SECOND MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant United States Attorney, and moves to exclude the period of August 23, 2008 through October 21, 2008 from the thirty-day period within which an indictment or information must be filed against the defendant pursuant to 18 U.S.C. § 3161(b). As grounds for this motion, the government states as follows:

Counsel for the government and for the defendant have engaged in plea negotiations. An oral agreement to dispose of the matter pre-indictment has been reached. Counsel for the government has provided counsel for the defendant with drafts of an Information and a Plea Agreement. Counsel for the defendant needs additional time to finalize the proposed disposition with his client. Counsel for the government believes that a pre-indictment disposition would allow the Court to more effectively allocate its resources.

Defendant's counsel has advised that he concurs with a sixty-day extension.

Accordingly, the ends of justice will be served by excluding the afore-mentioned time period, and such ends of justice outweigh both the interest of the defendant and the interest of the public in a speedy indictment and/or trial.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680

CERTIFICATION

I hereby certify that on the 19th day of August, 2008, I electronically filed and served the Within Second Motion To Exclude Time Under The Speedy Trial Act to:

Edward C. Roy, Esq.
Assistant Federal Public Defender
Office of the Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680